Daniel Barton (SBN 135806)
Daniel Olmos (SBN 235319)
NOLAN, ARMSTRONG & BARTON LLP
600 University Avenue
Palo Alto, California 94310
650/326-2980 – Telephone
650/326-9704 – Facsimile

Counsel for Defendant
JORGE AGUILAR-VALLEJO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE AGUILAR-VALLEJO,<br><br>Defendant. | No. CR 08-00870 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING |

**STIPULATION**

Defendant Jorge Aguilar-Vallejo, by and through his attorneys, and the United States, by and through Assistant United States Attorney Grant Fondo, hereby agree and stipulate to continue the sentencing hearing now scheduled for November 30, 2009, at 1:30 p.m., to December 14, 2009, at 1:30 p.m.

The parties so stipulate because defense counsel has a contested hearing in another county and will be unavailable on November 30, 2009. Further, counsel has contacted the assigned probation officer in this matter, who has no objection to the continuance and will be available on December 14, 2009.

- 1 -

IT IS SO STIPULATED

Date:   November 19, 2009                             /S/
                                                Daniel Olmos
                                                Attorney for Defendant Jorge Aguilar-Vallejo


Date:   November 19, 2009                             /S/
                                                Grant Fondo
                                                Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the sentencing hearing currently set for November 30, 2009, is continued to December 14, 2009, at 1:30 p.m. The Court finds good cause for the continuance.

Date: November 20, 2009

*James Ware*
Hon. James Ware
United States District Judge